BEFORE THE THIRD DIVISION, DECEMBER 16, 1963

No. 68171.—Acme Novelty Co. and Universal Foreign Service Co. et al. *v.* United States, protests 200883–K, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

No. 68172.—United China and Glass Co. *v.* United States, protest 62/19830 (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.